**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

<u>Southern District of Florida</u>

Case number *(If known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:
- **Ben** — First name
- **L** — Middle name
- **Cook** — Last name
- Suffix (Sr., Jr., II, III)

About Debtor 2:
- First name
- Middle name
- Last name
- Suffix (Sr., Jr., II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

About Debtor 1:
- **Ben** — First name
- Middle name
- **Cook** — Last name

- **Ben** — First name
- **Lowell** — Middle name
- **Cook** — Last name

- Business name (if applicable)
- Business name (if applicable)

About Debtor 2:
- First name
- Middle name
- Last name

- First name
- Middle name
- Last name

- Business name (if applicable)
- Business name (if applicable)

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor 1   **Ben**                    **L**              **Cook**                     Case number *(if known)* _____

        First Name           Middle Name    Last Name

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN)

xxx – xx – **4** **8** **1** **9**

OR

**9** xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

**9** xx – xx – ___ ___ ___ ___

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

**5.** **Where you live**

**3232 Lago De Talavera**
Number    Street

**Lake Worth**    **FL**   **33467**
City         State   ZIP Code

**PALM BEACH**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City     State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City     State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City     State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Copyright © Financial Software Solutions, LLC                                   BlueStylus

| Debtor 1 | **Ben** | **L** | **Cook** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for Bankruptcy within the last 8 years?**

■ No
☐ Yes.

| District | _____ | When | _____ MM/DD/YYYY | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ MM/DD/YYYY | Case number | _____ |
| District | _____ | When | _____ MM/DD/YYYY | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ MM/DD/YYYY | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ MM/DD/YYYY | Case number, if known | _____ |

| Debtor 1 | **Ben** | **L** | **Cook** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**11.** **Do you rent your residence?**

☑ No    Go to line 12.

☐ Yes    Has your landlord obtained an eviction judgment against you?

    ☑ No    Go to line 12.

    ☐ Yes    Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

Name of business, if any

Number     Street

City            State        Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1    **Ben**                    **L**                    **Cook**

First Name            Middle Name            Last Name

Case number *(if known)*  _____

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____

Number        Street

_____

City                        State        Zip Code

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor 1 | **Ben** | **L** | **Cook** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Ben** | **L** | **Cook** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |
|---|---|---|

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

**17.** **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
■ Yes

**18.** **How many creditors do you estimate that you owe?**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Copyright © Financial Software Solutions, LLC

| Debtor 1 | **Ben** | **L** | **Cook** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Ben L Cook**         ✗
Signature of Debtor 1         Signature of Debtor 2

Executed on   **5/26/2023**         Executed on
      MM/DD/YYYY                     MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Alan Crane**         Date
Signature of Attorney for Debtor         MM/DD/YYYY

**Alan Crane**
Printed name

**FURR COHEN**
Firm name

**2255 Glades Road, Suite 419A**
Number         Street

| **Boca Raton** | **FL** | **33431** |
|---|---|---|
| City | State | Zip Code |

Contact phone   **(561) 395-0500**         Email address   **acrane@furrcohen.com**

**963836**         **Florida**
Bar number         State

---

Copyright © Financial Software Solutions, LLC         BlueStylus

**Fill in this information to identify your case:**

Debtor 1    __Ben__                    __L__                    __Cook__
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the:    __Southern District of Florida__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders |
|---|---|

Unsecured Claim

**1**  **MerchPond Manufacturing, LLC**
Creditor's Name

**1782 O'Rourke Boulevard**
Number    Street

**Gaylord        MI    49735**
City            State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  __Other: Personal Guarantee__

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured):        $ _____
                Value of security:    −    $ _____
                Unsecured claim          $ _____

$        417,166.52

Debtor 1   **Ben**          **L**          **Cook**                    Case number *(if known)* _____

First Name     Middle Name     Last Name

---

**2**   **Shopify**                                    What is the nature of this claim? **Other:** _____   $          **405,977.25**

Creditor's Name

**Legal Dept**                                 As of the date you file, the claim is: Check all that apply.
**151 O'Connor Street, Ground Floor**          ☐ Contingent
**Ottawa, Ontario**                            ☐ Unliquidated
**K2P 2L8**                                     ☐ Disputed
Number        Street                           ☐ None of the above apply

_____
City            State   Zip Code

                                               **Does the creditor have a lien on your property?**
_____                        ☐ No
Contact                                         ☐ Yes. Total claim (secured and unsecured):        $ _____
_____                              Value of security:                      −    $ _____
Contact phone                                        Unsecured claim                              $ _____

---

**3**   **Kalabaka Capital Group**                     What is the nature of this claim? **Other: Personal Guarantee**   $          **324,063.91**

Creditor's Name

**1 Whitehall St.**                            As of the date you file, the claim is: Check all that apply.
**Suite 200**                                  ☐ Contingent
Number        Street                           ☐ Unliquidated
                                               ☐ Disputed
**New York**          **NY**   **10004**        ☐ None of the above apply
City            State   Zip Code

                                               **Does the creditor have a lien on your property?**
_____                        ☐ No
Contact                                         ☐ Yes. Total claim (secured and unsecured):        $ _____
_____                              Value of security:                      −    $ _____
Contact phone                                        Unsecured claim                              $ _____

---

**4**   **Digital Moose, LLC**                         What is the nature of this claim? **Other:** _____   $          **300,000.00**

Creditor's Name

**16945 Riverdale Drive**                      As of the date you file, the claim is: Check all that apply.
Number        Street                           ☐ Contingent
                                               ☐ Unliquidated
**Chesterfield**      **MO**   **63005**        ☐ Disputed
City            State   Zip Code               ☐ None of the above apply

                                               **Does the creditor have a lien on your property?**
_____                        ☐ No
Contact                                         ☐ Yes. Total claim (secured and unsecured):        $ _____
_____                              Value of security:                      −    $ _____
Contact phone                                        Unsecured claim                              $ _____

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1    **Ben**                    **L**                    **Cook**                    Case number *(if known)* _____

        First Name            Middle Name            Last Name

---

**5**    **Samson Funding**    What is the nature of this claim?  **Other: Personal Guarantee**    $ _____ **278,800.00**

Creditor's Name

**17 State Street, 6th Floor**    As of the date you file, the claim is: Check all that apply.

Number          Street    ☐ Contingent
    ☐ Unliquidated
**New York**          **NY**    **10004**    ☐ Disputed

City          State    Zip Code    ☐ None of the above apply

    Does the creditor have a lien on your property?

    ☐ No
Contact    ☐ Yes. Total claim (secured and unsecured):    $ _____

    Value of security:    − $ _____
Contact phone    Unsecured claim    $ _____

---

**6**    **White Road Capital, LLC**    What is the nature of this claim?  **Other:**    $ _____ **213,407.65**

Creditor's Name

**d/b/a GFE Holdings**    As of the date you file, the claim is: Check all that apply.
**27-01 Queens Plaza North, Suite 802**    ☐ Contingent

Number          Street    ☐ Unliquidated
    ☐ Disputed
**Long Island City**    **NY**    **11101**    ☐ None of the above apply

City          State    Zip Code

    Does the creditor have a lien on your property?

    ☐ No
Contact    ☐ Yes. Total claim (secured and unsecured):    $ _____

    Value of security:    − $ _____
Contact phone    Unsecured claim    $ _____

---

**7**    **PayPal, Inc.**    What is the nature of this claim?  **Other:**    $ _____ **155,374.50**

Creditor's Name

**2211 North First Street**    As of the date you file, the claim is: Check all that apply.
**c/o Corporate Legal Department**    ☐ Contingent

Number          Street    ☐ Unliquidated
    ☐ Disputed
**San Jose**          **CA**    **95131**    ☐ None of the above apply

City          State    Zip Code

    Does the creditor have a lien on your property?

    ☐ No
Contact    ☐ Yes. Total claim (secured and unsecured):    $ _____

    Value of security:    − $ _____
Contact phone    Unsecured claim    $ _____

---

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3 of 8

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor 1 | **Ben** | **L** | **Cook** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8**

**JP Morgan Chase & Co.**
Creditor's Name

**PO Box 15369**
Number          Street

**Wilmington          DE          19850-5369**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Revolving account**          $          **106,491.39**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

**9**

**Vivian Capital Group**
Creditor's Name

**486 Market St.**
Number          Street

**Newark          NJ          07105**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Guarantee**          $          **100,725.00**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

**10**

**Marcus by Goldman Sachs**
Creditor's Name

**P.O. Box 70379**
Number          Street

**Philadelphia          PA          19179**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Line of Credit**          $          **99,057.05**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:          − $ _____
          Unsecured claim          $ _____

Debtor 1   **Ben**　　　　　　　**L**　　　　　　**Cook**

Case number *(if known)* _____

First Name　　　　　　Middle Name　　　　Last Name

---

**11**　**American Express**

Creditor's Name

**PO Box 981537**

Number　　　Street

**El Paso**　　　　　**TX**

City　　　　　State　　Zip Code

_____

Contact

_____

Contact phone

What is the nature of this claim?  __Other: Credit card__          $ _____84,333.21

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):     $ _____
　　　　　　Value of security:     − $ _____
　　　　　　Unsecured claim           $ _____

---

**12**　**Brex Inc.**

Creditor's Name

**115 Sansome Street Suite 1200**

Number　　　Street

**San Francisco**　　**CA**　**94101**

City　　　　　State　　Zip Code

_____

Contact

_____

Contact phone

What is the nature of this claim?  __Other: Personal Guarantee__          $ _____82,354.38

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):     $ _____
　　　　　　Value of security:     − $ _____
　　　　　　Unsecured claim           $ _____

---

**13**　**Headway Capital LLC**

Creditor's Name

**175 W. Jackson Blvd.**
**Suite 1000**

Number　　　Street

**Chicago**　　　　**IL**　**60604**

City　　　　　State　　Zip Code

_____

Contact

_____

Contact phone

What is the nature of this claim?  __Other: Personal Guarantee__          $ _____80,411.82

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):     $ _____
　　　　　　Value of security:     − $ _____
　　　　　　Unsecured claim           $ _____

---

Official Form 104　　**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 5 of 8

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

| Debtor 1 | **Ben** | **L** | **Cook** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**14** **Mountain Construction Enterprises, Inc.**
Creditor's Name

**P.O. Box 1177**
Number          Street

**Boone**          **NC**     **28607**
City               State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other:** _____          $          **73,809.15**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:               − $ _____
          Unsecured claim                      $ _____

---

**15** **Brownstone Funding Corp.**
Creditor's Name

**12 Bayview Ave, Suite 592**
Number          Street

**Lawrence**          **NY**     **11559**
City               State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Guarantee**          $          **70,970.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:               − $ _____
          Unsecured claim                      $ _____

---

**16** **Rapid Finance**
Creditor's Name

**Small Business Financial Solutions, LLC**
**4500 East West Highway**
**6th Floor**
Number          Street

**Bethesda**          **MD**     **20814**
City               State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Guarantee**          $          **69,230.72**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
          Value of security:               − $ _____
          Unsecured claim                      $ _____

---

| Debtor 1 | **Ben** | **L** | **Cook** | Case number *(if known)* | _____ |
|----------|---------|-------|----------|--------------------------|--------------------|
| | First Name | Middle Name | Last Name | | |

---

**17** **EBF Holdings, LLC**
Creditor's Name

**2801 Lucerne Ave**
Number        Street

**Miami Beach        FL        33140**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Guarantee**                $            65,070.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured):        $ _____
         Value of security:        − $ _____
         Unsecured claim            $ _____

---

**18** **Amercian Express**
Creditor's Name

**PO Box 981537**
Number        Street

**El Paso        TX        79998**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Credit Card**                $            59,656.54

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured):        $ _____
         Value of security:        − $ _____
         Unsecured claim            $ _____

---

**19** **Prime Advance, LLC**
Creditor's Name

**325 Division Ave, Ste 201**
Number        Street

**Brooklyn        NY        11211**
City                State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim?  **Other: Personal Guarantee**                $            59,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured):        $ _____
         Value of security:        − $ _____
         Unsecured claim            $ _____

---

| Debtor 1 | **Ben** | **L** | **Cook** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**20** | **FundBox**
Creditor's Name

**6900 Dallas Parkway, STE 700**
Number        Street

**Plano**            **TX**    **75024**
City                State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other: Revolving Credit**        $            **52,905.35**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):        $ _____
          Value of security:        − $ _____
          Unsecured claim        $ _____

---

**Part 2:**    **Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ **/s/ Ben L Cook** _____        ✗ _____
Signature of Debtor 1        Signature of Debtor 2

Date **5/26/2023** _____        Date _____
MM/DD/YYYY        MM/DD/YYYY

Copyright © Financial Software Solutions, LLC    BlueStylus

## United States Bankruptcy Court

### Southern District of Florida

In re   **Ben L Cook**

_____
                                         Debtor(s)

Case No.   _____

Chapter   **11**   _____


# VERIFICATION OF CREDITOR MATRIX


The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.


Date:   **5/26/2023**

_____


**/s/ Ben L Cook**

_____
**Ben L Cook**
Signature of Debtor

Copyright © Financial Software Solutions, LLC

**99 Robots, LLC**
**10602 Pennington Road, 1st Floor**
**Trenton, NJ 08618**


**Amazon Capital Services, Inc.**
**410 Terry Avenue N.**
**Seattle, WA 98109**


**Amercian Express**
**PO Box 981537**
**El Paso, TX 79998**


**American Express**
**P.O. Box 981540**
**El Paso, TX 79998-1540**


**American Express**
**PO Box 981537**
**El Paso, TX 7999**


**American Express**
**PO Box 981540**
**El Paso, TX 79998**


**ASSN Company**
**P.O. Box 2576**
**Springfield, IL 62708**


**Attentive Mobile, Inc.**
**221 River St., 9th Floor**
**Hoboken, NJ 07030**


**Avery County Tax Collector**
**PO Box 355**
**Newland, NC 28657**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Balch & Bingham LLP**
**One Independent Drive, Suite 1800**
**Jacksonville, FL 32202**


**Barclays Bank Delaware**
**100 West St.**
**Wilmington, DE 19801**


**Barclays Bank Delaware**
**Attn: Card Services**
**P.O. Box 8802**
**Wilmington, DE 19899**


**Barclays Bank Delaware**
**PO Box 8801**
**Wilmington, DE 19899-8801**


**Barclays Bank Delaware**
**PO Box 8803**
**Wilmington, DE 19899-8803**


**Berkovitch & Bouskila PLLC**
**1545 Route 202 Suite 101**
**New York, NY 10004**


**BizFund, LLC**
**762 Orange Street**
**Wilmington, DE 19801**


**Blue Pack Marketing**
**8235 US Hwy 70 Bus W**
**Clayton, NC 27520**


**BMW Financial Services NA**
**300 Chestnut Ridge Road**
**Woodcliff Lake, NJ 07677**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**BMW Financial Services NA, LLC**
**c/o BMW Financial Services NA, LLC**
**1200 South Pine Island Road**
**Fort Lauderdale, FL 33324**


**Brex Inc.**
**115 Sansome Street Suite 1200**
**San Francisco, CA 94101**


**Brex, Inc.**
**405 Howard Street**
**San Francisco, CA 94105**


**Brownstone Funding Corp.**
**12 Bayview Ave, Suite 592**
**Lawrence, NY 11559**


**Bruce  G  Hermelee**
**c/o EBF Holding, LLC**
**2100 Coral Way**
**Suite 601**
**Miami, FL 33145**


**C T Corporation System**
**c/o Fund Box, Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**


**C T Corporation System**
**C/O Goldman Sachs & Co., LLC**
**1200 South Pine Island Road**
**Plantation, FL 33324**


**C T Corporation System, as Representatve**
**330 N Brand Blvd, Suite 700**
**Glendale, CA 91203**

Copyright © Financial Software Solutions, LLC

**Chase Card Services**
**Attn: Bankruptcy**
**P.O Box 15298**
**Wilimngton, DE 19850**


**Chase Card Services**
**Attn: Bankruptcy**
**P.O Box 15298**
**Wilmington, DE 19850**


**Cloudfund LLC**
**400 Rella Blvd., Suite 165-101**
**Suffern, NY 10901**


**Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**


**Corporation Service Company**
**c/o Brex, Inc.**
**1201 Hays Street**
**Tallahassee, FL 32301**


**Corporation Service Company**
**C/O Fleetcor Technologies Operating Company, LLC**
**1201 Hays Street**
**Tallahassee, FL 32301**


**Corporation Service Company**
**c/o Sofi Lending Corp**
**1201 Hays Street**
**Tallahassee, FL 32301**


**Corporation Service Company, as Representative**
**P.O. Box 2576**
**Springfield, IL 62708**

Copyright © Financial Software Solutions, LLC

**Corporation Service Company, as representative**
**P.O. Box 2576**
**Springield, IL 62708**

**Corporation Service Company, as representative**
**P.O. Box 2579**
**Springfield, IL 62708**

**CSC - LAWYERS INCORPORATING  SERVICE**
**251 LITTLE FALLS DRIVE**
**Wilmington, DE 19808**

**CT Corpoation System**
**C/O American Express Company**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation  System**
**C/O JP Morgan Chase & Co.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System**
**C/O Fundbox, Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System**
**C/O Headway Capital, LLC**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System**
**C/O JP Morgan Chase & Co.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

Copyright © Financial Software Solutions, LLC

**CT Corporation System**
**c/o Mastercard International Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System**
**C/O ODK Capital, LLC**
**1200 S Pine Island Rd**
**Fort Lauderdale, FL 33324**

**CT Corporation System**
**C/O Paypal, Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT CORPORATION SYSTEM**
**C/O RENASANT BANK INC**
**1200 SOUTH PINE ISLAND ROAD**
**Plantation, FL 33324**

**CT Corporation System**
**C/O Renasant Bank, Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System**
**C/O Visa, Inc.**
**1200 South Pine Island Road**
**Plantation, FL 33324**

**CT Corporation System, as representative**
**Attn: SPRS**
**330 N Brand Blvd, Suite 700**
**Glendale, CA 91203**

**CT Corporation System, as Representative**
**Attn: SPRS**
**Glendale, CA 91203**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**CT Corporation System, as Representative**
**C/O SPRS**
**300 N Brand Blvd**
**Suite 700**
**Glendale, CA 91203**

**Digital Moose, LLC**
**16945 Riverdale Drive**
**Chesterfield, MO 63005**

**EBF Holdings, LLC**
**2801 Lucerne Ave**
**Miami Beach, FL 33140**

**eCommerce Powerhouse Ventures, LLC**
**444 W. New England Ave.**
**Winter Park, FL 32789**

**Elan Financial  Services**
**C/O Cardmember Services**
**P.O. Box 6353**
**Fargo, MO 63179**

**Elan Financial Service**
**9321 Olive Blvd**
**Saint Louis, MO 63132**

**Elan Financial Service**
**P.O. Box 790084**
**Saint Louis, MO 63179**

**Elan Financial Services**
**4 Station Square**
**Suite 620**
**Pittsburgh, PA 15219**

Copyright © Financial Software Solutions, LLC

**Elan Financial Services**
**P.O. Box 790084**
**Saint Louis, MO 63179**


**Executive Office of U.S. Attorney**
**950 Pennsylvania Avenue, NW**
**Room 2242**
**Washington, DC 20530**


**Fleetcor Technologies Operating Company, LLC**
**5445 Triangle Parkway, Suite 400**
**Norcross, GA 30092**


**Fleetcor Technologies, Inc.**
**3280 Peachtree Road, Suite 2400**
**Atlanta, GA 30305**


**Fleetcor Technologies, Inc.**
**P.O. Box 1239**
**Covington, LA 70434**


**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**


**Florida Department of Revenue**
**Bankruptcy Section P.O. Box 6668**
**Tallahassee, FL 32314**


**Florida Department of Revenue**
**Bankruptcy Section**
**P.O. Box 6668**
**Tallahassee, FL 32314**

Copyright © Financial Software Solutions, LLC

**Fox McClusky Bush Robinson PLLC**
**3461 SE Willoughby Boulevard**
**Stuart, FL 34994**


**FundBox**
**6900 Dallas Parkway, STE 700**
**Plano, TX 75024**


**GAB AI Inc.**
**700 N State Street**
**Clarks Summit, PA 18411**


**Geremy W Gregory, Balch & Bingham LLP**
**One Independent Drive, Suite 1800**
**Jacksonville, FL 32202**


**Goldman Sachs & Co. LLC**
**200 West Street**
**New York, NY 10282**


**Goldman Sachs Bank USA**
**P.O. Box 45400**
**Salt Lake City, UT 84145**


**Google**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**


**Growve Marketplace Agency**
**650 500 W**
**Salt Lake City, UT 84104**


**Headway Capital LLC**
**175 W. Jackson Blvd.**
**Suite 1000**
**Chicago, IL 60604**

Copyright © Financial Software Solutions, LLC

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19109**


**JP Morgan Chase & Co.**
**383 Madison Avenue**
**New York, NY 10179**


**JP Morgan Chase & Co.**
**PO Box 15369**
**Wilmington, DE 19850-5369**


**JP Morgan Chase & Co.**
**PO Box 30281**
**Salt Lake City, UT 7602**


**JP Morgan Chase & Co.**
**PO Box 30281**
**Salt Lake City, UT 84130**


**JP Morgan Chase & Co.**
**PO Box 30281**
**Salt Lake City, UT 84130-0281**


**Kalabaka Capital Group**
**1 Whitehall St.**
**Suite 200**
**New York, NY 10004**


**Krista Tipton**
**3542 Golden Meadows Court**
**Dayton, OH 45404**


**Liberty Mutual Insurance**
**100 Liverty Way**
**Dover, NH 03820**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Malloy & Malloy, P.L.**
**2800 S.W. 3rd Avenue**
**Miami, FL 33129**


**Marcus by Goldman Sachs**
**P.O. Box 70379**
**Philadelphia, PA 19179**


**Marcus by Goldman Sachs**
**POB 45400**
**Salt Lake City, UT 84145**


**Mastercard**
**100 Manhattansville Road**
**Purchase, NY 10577**


**Mastercard**
**2000 Purchase Street**
**Purchase, NY 10577**


**Mathew Schmitt**
**16945 Riverdale Drive**
**Chesterfield, MO 63005**


**MelodyAnn Clark**
**3429 Ross Pl**
**Highland, IN 46322**


**Mendy Piekarski**
**c/o Kalabaka Capital Group, LLC**
**1 Whitehall St, Suite 200**
**New York, NY 10004**

Copyright © Financial Software Solutions, LLC

**Merchpond Manufacturing**
**1782 O'Rourke Boulevard**
**P.O. Box 1338**
**Gaylord, MI 49735**


**MerchPond Manufacturing**
**1782 O'Rourke Boulevard**
**POB 1338**
**Gaylord, MI 49733**


**MerchPond Manufacturing**
**POB 1338**
**Gaylord, MI 49735**


**MerchPond Manufacturing, LLC**
**1782 O'Rourke Boulevard**
**Gaylord, MI 49735**


**Merrick B. Garland, Attorney General**
**Office of Attorney General**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**


**Meta Platforms, Inc. f/k/a Facebook Inc.**
**1601 Willow Road**
**Menlo Park, CA 94025**


**Michigan Department of Treasury**
**350 Ottawa Ave NW Suite 17**
**Grand Rapids, MI 49503**


**Michigan Department of Treasury**
**P.O. Box 30199**
**Lansing, MI 48909**

Copyright © Financial Software Solutions, LLC

**Mountain Construction Enterprises, Inc.**
**P.O. Box 1177**
**Boone, NC 28607**


**Mountain Contruction Enterprises Inc.**
**1345 Popular Grove Rd. S**
**Boone, NC 28607**


**Nicole Amendola**
**130 Mathews Ave**
**Riverdale, NJ 07457**


**Nordstrom Signature Visa**
**Attn: Bankruptcy**
**P.O Box 6555**
**Englewood, NJ 80155**


**Nordstrom Signature Visa**
**POB 6555**
**Englewood, CO 80155-6555**


**ODK Capital, LLC**
**4700 W. Daybreak Pkwy, Suite 200**
**South Jordan, UT 84009**


**Office of Inspector General**
**409 3rd Street SW, Suite 7150**
**Washington, DC 20416**


**Office of the Attorney General**
**State of Florida**
**PL-01**
**The Capitol**
**Tallahassee, FL 32399**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Palm Beach Country Tax Collector**
**Attn: Honorable Anne M. Gannon, CFC**
**P.O. Box 3715**
**West Palm Beach, FL 33402**


**PayPal, Inc.**
**2211 North First Street**
**c/o Corporate Legal Department**
**San Jose, CA 95131**


**Prime Advance, LLC**
**325 Division Ave, Ste 201**
**Brooklyn, NY 11211**


**Rachelle  Hough**
**c/o MerchPond Manufacturing, LLC**
**1782 O' Rourke Boulevard**
**Gaylord, MI 49735**


**Rachelle Hough**
**C/O MerchPond Manufacturing**
**1782 O'Rourke Boulevard**
**Gaylord, MI 49735**


**Rapid Finance**
**Small Business Financial Solutions, LLC**
**4500 East West Highway**
**6th Floor**
**Bethesda, MD 20814**


**Region IV Regional Office**
**233 Peachtree Street NE, Suite 1800**
**Atlanta, GA 30303**


**Registered Agent Solutions Inc.**
**C/O Reliable Healthcare Logistics, LLC**
**155 Office Plaza Drive, Suite A**
**Tallahassee, FL 32301**

Copyright © Financial Software Solutions, LLC

**Reliable Healthcare Logistics LLC**
**4105 S. Mendenhall Road**
**Memphis, TN 38115**

**Reliable HealthCare Logistics, LLC**
**951 Clint Moore Road, Suite A**
**Boca Raton, FL 33487**

**Renasant Bank**
**(duplicate of SBA Loan)**
**SBA Loan Dept.**
**221 East Washington Street**
**P.O. Box 520**
**Kosciusko, MS 39090**

**Renasant Bank**
**209 Troy Street**
**Tupelo, MS 38804**

**Renasant Bank**
**2445 Townpark Drive, Ravine One**
**Kennesaw, GA 30144**

**Renasant Bank**
**2445 Townpark Drive**
**Ravine One**
**Kennesaw, GA 30144**

**Renasant Bank**
**245 Townpark Drive - Ravine One**
**Kennesaw, GA 30144**

**Samson Funding**
**17 State Street, 6th Floor**
**New York, NY 10004**

Copyright © Financial Software Solutions, LLC

**Samson Horus**
**17 State St., Suite 630**
**New York, NY 10004**


**SBA South Florida District**
**100 S. Biscayne Blvd., 7th Floor**
**Miami, FL 33131**


**Schechter Law Office, PLLC**
**c/o Brian Schechter, Esq.**
**2371 McDonald Avenue**
**Brooklyn, NY 11223**


**Shopify**
**Legal Dept**
**151 O'Connor Street, Ground Floor**
**Ottawa, Ontario**
**K2P 2L8**


**Sofi Lending Corp**
**1 Letterman Dr**
**San Francisco, CA 94129-1494**


**Sofi Lending Corp**
**234 First Street**
**San Francisco, CA 94105**


**Sofi Lending Corp**
**POB 654158**
**Dallas, TX 75265-4158**


**Stealth Financials**
**Towne Place at Garden State Park**
**923 Haddonfield Road, Suite 300**
**Cherry Hill, NJ 08002**

Copyright © Financial Software Solutions, LLC

**U S Bank**
**c/o Elan Financial Services**
**1255 Corporate Drive**
**Irving, TX 75038**


**U S Bankcorp**
**800 Nicollet Mall**
**Minneapolis, MN 55402-7000**


**U.S. Small Business Administration**
**409 3rd St., SW**
**Washington, DC 20416**


**United States Attorney's Office**
**Civil Division (Bankruptcy)**
**99 NE 4th Street**
**Miami, FL 33132**


**United States Attorney's Office**
**Southern District of Florida**
**500 E. Broward Blvd**
**Fort Lauderdale, FL 33394**


**United States Corporation Company**
**C/O TD Bank National Association**
**1201 Hayes Street**
**Tallahassee, FL 32301**


**US Small Business Administration**
**409 3rd Street, SW**
**Washington, DC 20416**


**US Small Business Administration**
**Office of General Counsel**
**409 3rd St., SW**
**Washington, DC 20416**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**USACorp**
**c/o Prime Advance LLC**
**325 Division Ave, Ste 201**
**Brooklyn, NY 11211**


**Vivian Capital Group**
**486 Market St.**
**Newark, NJ 07105**


**White Road Capital, LLC**
**d/b/a GFE Holdings**
**27-01 Queens Plaza North, Suite 802**
**Long Island City, NY 11101**

Copyright © Financial Software Solutions, LLC