UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

Ben L. Cook,



U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JAN 1 0 2024

FILED_____ RECEIVED_____
Debtor.

Case No. 23-14125-EPK

Chapter 11

Honorable Erik P. Kimball

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

1. The undersigned is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant, in the sum of **$6,345.85.** The amount claimed is net of all payments, if any, made up to the date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3. The consideration for this debt is as follows: Michigan Sales Tax Liability due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4. This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(2).

**Payable to: State of MI-CD**

**Please sent payments to:**
**Department of Treasury**
**Revenue/AG**
**PO Box 30456**
**Lansing, MI 48909-7955**

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Tel: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: December 20, 2023

| Michigan Department of Treasury<br>4265 (11-04)<br><br>**Sworn Summary**<br>Issued under federal code, Title XI<br><br>**Type of Claim:** Administrative | 67130830 | **Case Number:**<br>23-14125 EPK<br><br>**Taxpayer Identification:**<br>4819 | *Page 1 of 1*<br>21535941<br>Attorney General:<br>ATTORNEY DETROIT |
|---|---|---|---|

**BEN L COOK**

3232 LAGO DE TALAVERA

LAKE WORTH, FL. 33467

**Other Identification:**

F8858

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| VB4EP6B | MST | 10/23/23 | F8858 | 5/26/2023 – 5/31/2023 | * | $201.58 | $30.24 | $8.33 |
| VB4LZ0I | MST | 12/26/23 | F8858 | JUNE 2023 | * | $1,041.51 | $260.38 | $37.43 |
| VB4LZ0J | MST | 12/26/23 | F8858 | JULY 2023 | * | $1,041.51 | $208.31 | $30.37 |
| VB4LZ0K | MST | 12/26/23 | F8858 | SEPTEMBER 2023 | * | $1,041.51 | $104.16 | $16.48 |
| VB4LZ0L | MST | 12/26/23 | F8858 | AUGUST 2023 | * | $1,041.51 | $156.23 | $23.30 |
| VB4LZ0M | MST | 12/26/23 | F8858 | OCTOBER 2023 | * | $1,041.51 | $52.08 | $9.41 |

**Debt Codes:**

MST - MICHIGAN SALES TAX

|  | $5,409.13 | $811.40 | $125.32 |
|---|---|---|---|
| **TOTAL CLAIM** | | $6,345.85 | |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

KAVITA KALE _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature

*/s/ Kavita Kale*

Date:   12/18/2023