UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                     Case No. 23-14125-EPK
                                                                                           Chapter 11(Subchapter V)
BEN L. COOK

     Debtor.
_____/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

     Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

     1. The subchapter V plan in this case was confirmed on **June 18, 2024 [ECF No. 180].** The plan provided that each holder of an administrative claim would be paid their allowed administrative claim in full on the Effective Date. The Plan provided that the general non - priority unsecured claims against the Debtor would be paid the sum of $17,100.00 annually over five years in quarterly payments commencing on the Effective Date.

     2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

     3. There are no pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

     4. All administrative claims and expenses have been paid, or appropriate arrangements have been made for the full satisfaction thereof. A summary of fees and expenses is as follows:

$ 12,906.68    Fees and Costs for Subchapter V Trustee
$ 72,629.20    Fees and Costs for Attorney for Debtor
$ N/A          U.S. Trustee (fees required by 28 U.S.C. §1930)
$ 1,738.00     Clerk of Court (fees required by 28 U.S.C. §1930)
$ 0.00         Other Professionals
$ 0.00         ALL expenses, including Trustee's

     5. Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

     6. Inasmuch as all payments due by the debtor on the effective date under the plan have been made, the Debtor requests the entry of a discharge pursuant to §1192 of the Bankruptcy Code.

     The undersigned respectfully requests that this court enter a final decree, grant the Debtor a discharge and close this fully administered case.

LF-35 (rev.12/1/09)

I CERTIFY that a copy of this report and attachment was served to the U.S. Trustee's office and all parties listed below via CM/ECF notice on August 27, 2024

By:    Furr and Cohen, P.A.
*Attorneys for the Debtor*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561)395-0500/(561)338-7532 fax

By: s/ Alan R. Crane
    Alan R. Crane, Esq.
    Florida Bar. No. 0963836
    e-mail: acrane@furrcohen.com

**SERVED VIA CM/ECF**:

**Mailing Information for Case 23-14125-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Alan R Crane**   acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Moe Freedman**   freedmanm1@michigan.gov
- **Anthony F. Giuliano**   afg@glpcny.com
- **Geremy W Gregory**   ggregory@balch.com, edegennaro@balch.com
- **Soneet Kapila**   trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Hampton Peterson**   legalservices@PBCTax.com
- **Chad P Pugatch**   ecf.pugatch@loriumlaw.com
- **George L. Zinkler**   gzinkler.ecf@rprslaw.com

LF-35 (rev.12/1/09

**EXHIBIT A**

CASE NAME:  Ben L. Cook

CASE NUMBER:  23-14125-EPK

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN.  SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.  LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

RECIPIENT          ALLOWED AMOUNT     DIVIDEND OF CLAIM PAID

| NAME OF CREDITOR | SCHEDULED AND/OR CLAIMED AMOUNT | DIVIDEND OF CLAIM PAID |
|---|---|---|
| Furr & Cohen, P.A. | $72,629.20 | $ The Debtor has entered into a payment plan with Furr and Cohen, P.A. for the remainder balance of the fees. |
| Sub V Trustee – Soneet Kapila | $12,906.68 | $ 12,906.68 |
| Renasant Bank/ US Small Business Administration | $1,839,663.24 | $ *The claimant shall retain their lien. This claim will be paid in full upon the sale of the Banner Elk, North Carolina Property and Homestead property. |
| Mountain Construction Enterprises, Inc. | $ 42,142.00 | $ Paid as agreed per [ECF No. 187]. |
| Palm Beach County Tax Collector | $ 25,026.58 | $725.00 |
| Amazon Capital Services, Inc. | $ 92,898.12 | $69.68 |

LF-35 (rev.12/1/09

| | | |
|---|---|---|
| American Express National Bank (7005) | $59,656.54 | $44.75 |
| American Express National Bank (1006) | $84,333.21 | $ 63.26 |
| Barclays Bank Delaware | $20,467.37 | $ 15.35 |
| BizFund, LLC | $17,872.00 | $ 13.41 |
| EBF Holdings, LLC dba Everest Business Funding | $48,865.38 | $36.65 |
| Fundbox, Inc. | $52,887.35 | $39.67 |
| Headway Capital LLC | $81,100.27 | $60.83 |
| JP Morgan Chase & Co. | $5,452.18 | $4.09 |
| JP Morgan Chase & Co. | $108,139.56 | $81.11 |
| Kalabaka Capital Group | $503,186.41 | $377.43 |
| MerchPond Manufacturing, LLC | $417,166.52 | $312.91 |
| Michigan Department of Treasury | $3,533.57 | $2.65 |
| Nordstrom Signature Visa | $21,945.12 | $16.46 |
| ODK Capital, LLC | $44,907.84 | $33.69 |
| Prime Advance, LLC | $59,000.00 | $44.26 |
| Rapid Finance | $47,277.85 | $35.46 |
| Rapid Finance | $69,230.72 | $51.93 |
| Reliable HealthCare Logistics, LLC | $3,479.58 | $2.61 |
| Sofi Bank, National Association | $ 42,497.95 | $31.88 |
| U.S. Bank NA dba Elan Financial Services | $18,153.56 | $13.62 |
| Vivian Capital Group, LLC | $97,725.00 | $73.30 |
| **TOTAL** | $3,892,143.43 | $1,425.00 |

LF-35 (rev.12/1/09)