United States Bankruptcy Court

Southern District of Florida

In re:  
Ben L Cook  
    Debtor

Case No. 23-14125-EPK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 7  
Date Rcvd: Oct 08, 2024      Form ID: 3180RI      Total Noticed: 158

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ben L Cook, 3232 Lago De Talavera, Lake Worth, FL 33467-1068 |
| br | + | Derek Rowley, c/o Premier Sotheby's International Rea, 3990 NC Highway 105 South, Suite 3, Banner Elk, NC 28604-9887 |
| intp | + | Kalabaka Capital, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25 Melville, NY 11747-3645 |
| cr | + | Mountain Construction Enterprises, Inc, Attn: Mark Kirkpatrick, President, POB 1177, Boone, NC 28607-0675 |
| cr | + | Renasant Bank, c/o Geremy W. Gregory, 50 N Laura Street, Suite 2100, Jacksonville, FL 32202-3624 |
| 96964201 | | 99 Robots, LLC, 10602 Pennington Road, 1st Floor, Trenton, NJ 08618 |
| 96964207 | + | ASSN Company, P.O. Box 2576, Springfield, IL 62708-2576 |
| 96964208 | + | Attentive Mobile, Inc., 221 River St., 9th Floor, Hoboken, NJ 07030-5990 |
| 96964209 | + | Avery County Tax Collector, PO Box 355, Newland, NC 28657-0355 |
| 96964219 | + | BMW Financial Services NA, LLC, c/o BMW Financial Services NA, LLC, 1200 South Pine Island Road, Fort Lauderdale, FL 33324-4413 |
| 96964210 | + | Balch & Bingham LLP, 50 North Laura Street, Suite 2100, Jacksonville, FL 32202-3624 |
| 96964215 | | Berkovitch & Bouskila PLLC, 1545 US-202, Pomona, NY 10970 |
| 96964216 | | BizFund, LLC, North Orange Street, Suite 762, Wilmington, DE 19801 |
| 96964217 | | Blue Pack Marketing, 8235 US Hwy 70 Bus W, Clayton, NC 27520 |
| 96964220 | + | Brex Inc., 115 Sansome Street Suite 1200, San Francisco, CA 94104-3630 |
| 96964221 | + | Brex, Inc., 548 Market Street, San Francisco, CA 94104-5401 |
| 96964222 | + | Brownstone Funding Corp., 12 Bayview Ave, Suite 592, Lawrence, NY 11559-4019 |
| 96964223 | + | Bruce G Hermelee, c/o EBF Holding, LLC, 2100 Coral Way, Suite 601, Miami, FL 33145-2657 |
| 96964224 | + | C T Corporation System, c/o Fund Box, Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964225 | + | C T Corporation System, C/O Goldman Sachs & Co., LLC, 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964246 | + | CT CORPORATION SYSTEM, C/O RENASANT BANK INC, 1200 SOUTH PINE ISLAND ROAD, Plantation, FL 33324-4459 |
| 96964240 | + | CT Corporation System, C/O Fundbox, Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964243 | + | CT Corporation System, c/o Mastercard International Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964248 | + | CT Corporation System, C/O Visa, Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964245 | + | CT Corporation System, C/O Paypal, Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964244 | + | CT Corporation System, C/O ODK Capital, LLC, 1200 S Pine Island Rd, Fort Lauderdale, FL 33324-4459 |
| 96964241 | + | CT Corporation System, C/O Headway Capital, LLC, 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964250 | | CT Corporation System, as Representative, Attn: SPRS, Glendale, CA 91203 |
| 96964251 | + | CT Corporation System, as Representative, C/O SPRS, 300 N Brand Blvd, Suite 700, Glendale, CA 91203-2304 |
| 96964230 | + | Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2699 |
| 96964232 | + | Corporation Service Company, C/O Fleetcor Technologies Operating Comp, 1201 Hays Street, Tallahassee, FL 32301-2699 |
| 96964233 | + | Corporation Service Company, c/o Sofi Lending Corp, 1201 Hays Street, Tallahassee, FL 32301-2699 |
| 96964231 | + | Corporation Service Company, c/o Brex, Inc., 1201 Hays Street, Tallahassee, FL 32301-2699 |
| 96964236 | + | Corporation Service Company, as representative, P.O. Box 2579, Springfield, IL 62708-2579 |
| 96964252 | + | Digital Moose, LLC, 16945 Riverdale Drive, Chesterfield, MO 63005-4475 |
| 96964253 | + | EBF Holdings, LLC, 2801 Lucerne Ave, Miami Beach, FL 33140-4266 |
| 97038203 | | EBF Holdings, LLC d/b/a Everest Business Funding, c/o Michael W. Davis, Esq., 601 S. Figueroa St., Ste. 2130, CA 90017 |
| 96964255 | | Elan Financial Services, C/O Cardmember Services, P.O. Box 6353, Fargo, MO 63179 |
| 96964258 | | Elan Financial Services, 4 Station Square, Suite 620, Pittsburgh, PA 15219 |
| 96973701 | + | Eleventh Talent, LLC, PO BOX 769, Palm City, FL 34991-0769 |

| District/off: 113C-9 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: 3180RI | Total Noticed: 158 |

| | | |
|---|---|---|
| 96964261 | + | Fleetcor Technologies Operating Company, LLC, 5445 Triangle Parkway, Suite 400, Norcross, GA 30092-2575 |
| 96964262 | + | Fleetcor Technologies, Inc., 3280 Peachtree Road, Suite 2400, Atlanta, GA 30305-2453 |
| 96964263 | + | Fleetcor Technologies, Inc., P.O. Box 1239, Covington, LA 70434-1239 |
| 96964268 | + | FundBox, 5760 Legacy Drive, Ste B3-535, Plano, TX 75024-7103 |
| 96964269 | + | GAB AI Inc., 700 N State Street, Clarks Summit, PA 18411-8776 |
| 96964270 | + | Geremy W Gregory, c/o Balch & Bingham LLP, 50 North Laura Street, Suite 2100, Jacksonville, FL 32202-3624 |
| 96964271 | + | Goldman Sachs & Co. LLC, 200 West Street, New York, NY 10282-2198 |
| 96964274 | + | Growve Marketplace Agency, 239 2nd Avenue, Suite 200, St. Petersburg, FL 33701-4333 |
| 96964279 | + | JP Morgan Chase & Co., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 96964282 | + | Kalabaka Capital Group, 1 Whitehall St., Suite 200, New York, NY 10004-2122 |
| 96964285 | + | Malloy & Malloy, P.L., 2800 S.W. 3rd Avenue, Miami, FL 33129-2317 |
| 96964286 | + | Marcus by Goldman Sachs, P.O. Box 70379, Philadelphia, PA 19179-0001 |
| 96964288 | + | Mastercard, 100 Manhattansville Road, Purchase, NY 10577-2134 |
| 96964290 | + | Mathew Schmitt, 16945 Riverdale Drive, Chesterfield, MO 63005-4475 |
| 96964291 | + | MelodyAnn Clark, 3429 Ross Pl, Highland, IN 46322-1407 |
| 96964292 | + | Mendy Piekarski, c/o Kalabaka Capital Group, LLC, 1 Whitehall St, Suite 200, New York, NY 10004-2122 |
| 96964295 | + | MerchPond Manufacturing, POB 1338, Gaylord, MI 49734-5338 |
| 96964296 | + | MerchPond Manufacturing, LLC, 1782 O'Rourke Boulevard, Gaylord, MI 49735-8009 |
| 96964293 | + | Merchpond Manufacturing, 1782 O'Rourke Boulevard, P.O. Box 1338, Gaylord, MI 49734-5338 |
| 96964298 | + | Meta Platforms, Inc. f/k/a Facebook Inc., 1601 Willow Road, Menlo Park, CA 94025-1452 |
| 96964299 | + | Michigan Department of Treasury, 350 Ottawa Ave NW Suite 17, Grand Rapids, MI 49503-2316 |
| 96986521 | + | Mountain Construction Enterprises, Inc -, 1345 Poplar Grove Rd. South, Boone,, NC 28607-6844 |
| 96964301 | + | Mountain Construction Enterprises, Inc., P.O. Box 1177, Boone, NC 28607-0675 |
| 96964302 | + | Mountain Contruction Enterprises Inc., 1345 Popular Grove Rd. S, Boone, NC 28607-6844 |
| 96964303 | + | Nicole Amendola, 130 Mathews Ave, Riverdale, NJ 07457-1209 |
| 96964307 | + | Office of Inspector General, 409 3rd Street SW, Suite 7150, Washington, DC 20416-0011 |
| 96964308 | + | Office of the Attorney General, State of Florida, PL-01, The Capitol, Tallahassee, FL 32399-0001 |
| 96964311 | + | Prime Advance, LLC, 325 Division Ave, Ste 201, Brooklyn, NY 11211-7348 |
| 96964312 | + | Rachelle Hough, c/o MerchPond Manufacturing, LLC, 1782 O' Rourke Boulevard, Gaylord, MI 49735-8009 |
| 96964315 | + | Region IV Regional Office, 233 Peachtree Street NE, Suite 1800, Atlanta, GA 30303-1508 |
| 96964316 | + | Registered Agent Solutions Inc., C/O Reliable Healthcare Logistics, LLC, 155 Office Plaza Drive, Suite A, Tallahassee, FL 32301-2844 |
| 96964318 | + | Reliable HealthCare Logistics, LLC, 951 Clint Moore Road, Suite A, Boca Raton, FL 33487-2804 |
| 96964317 | + | Reliable Healthcare Logistics LLC, 4105 S. Mendenhall Road, Memphis, TN 38115-5927 |
| 96964321 | | Renasant Bank, 2445 Townpark Drive, Ravine One, Kennesaw, GA 30144 |
| 97022459 | + | Renasant Bank, c/o Balch & Bingham LLP, 50 North Laura Street, Suite 2100, Jacksonville, FL 32202-3624 |
| 96964319 | + | Renasant Bank, duplicate of SBA Loan, SBA Loan Dept., 221 East Washington Street, P.O. Box 520 Kosciusko, MS 39090-0520 |
| 96964323 | + | Renasant Bank, 245 Townpark Drive - Ravine One, Kennesaw, GA 30144-5570 |
| 96979667 | + | Richard S. Cohen, COHEN LEGAL, 811-A NORTH OLIVE AVE, West Palm Beach, FL 33401-3709 |
| 96964324 | + | Samson Funding, 17 State Street, 6th Floor, New York, NY 10004-1501 |
| 96964325 | + | Samson Horus, 17 State St., Suite 630, New York, NY 10004-1749 |
| 96964327 | + | Schechter Law Office, PLLC, c/o Brian Schechter, Esq., 2371 McDonald Avenue, Brooklyn, NY 11223-4738 |
| 96964328 | | Shopify, Legal Dept, 151 O'Connor Street, Ground Floor, Ottawa, Ontario, K2P 2L8 |
| 96964332 | + | Stealth Financials, Towne Place at Garden State Park, 923 Haddonfield Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 96964341 | + | USACorp, c/o Prime Advance LLC, 325 Division Ave, Ste 201, Brooklyn, NY 11211-7348 |
| 96964337 | + | United States Attorney's Office, Southern District of Florida, 500 E. Broward Blvd, Fort Lauderdale, FL 33394-3000 |
| 96964336 | + | United States Attorney's Office, Civil Division (Bankruptcy), 99 NE 4th Street, Miami, FL 33132-2145 |
| 96964338 | + | United States Corporation Company, C/O TD Bank National Association, 1201 Hayes Street, Tallahassee, FL 32301-2699 |
| 96964342 | | Vivian Capital Group, 260 Broadway, Floor 2, Newark, NJ 07104-3906 |
| 97040484 | #+ | Vivian Capital Group, LLC, 260 Broadway, Newark, NJ 07104-3906 |
| 96964254 | + | eCommerce Powerhouse Ventures, LLC, 444 W. New England Ave., Winter Park, FL 32789-4224 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: FLDEPREV.COM | Oct 09 2024 02:22:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | EDI: IRS.COM | Oct 09 2024 02:22:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| ust + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 08 2024 22:49:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |

| District/off: 113C-9 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: 3180RI | Total Noticed: 158 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| cr | ^ MEBN | Oct 08 2024 22:42:08 | Michigan Department of Treasury, c/o Moe Freedman, Cadillac Place Building, 3030 W Grand Blvd Ste 10-200, Detroit, MI 48202-6030 |
| cr | + Email/Text: legalservices@pbctax.com | Oct 08 2024 22:49:00 | Palm Beach County Tax Collector, c/o Hampton Peterson, Esq., 301 N. Olive Avenue 3 Floor, West Palm Beach, FL 33401-4791 |
| 96964289 | Email/Text: ServicesLegalNoticesInbox@mastercard.com | Oct 08 2024 22:47:00 | Mastercard, 2000 Purchase Street, Purchase, NY 10577 |
| 96964202 | + Email/Text: ACS-Bknotice@Amazon.com | Oct 08 2024 22:49:00 | Amazon Capital Services, Inc., 410 Terry Avenue N., Seattle, WA 98109-5210 |
| 96964203 | + Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 22:53:23 | Amercian Express, PO Box 981537, El Paso, TX 79998-1537 |
| 96964204 | Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 22:53:00 | American Express, P.O. Box 981540, El Paso, TX 79998-1540 |
| 96964205 | + Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 22:52:35 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 96994218 | Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 22:52:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 96964218 | EDI: BMW.COM | Oct 09 2024 02:22:00 | BMW Financial Services NA, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677 |
| 96964212 | + EDI: TSYS2 | Oct 09 2024 02:22:00 | Barclays Bank Delaware, Attn: Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 96964213 | EDI: TSYS2 | Oct 09 2024 02:22:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 96964214 | EDI: TSYS2 | Oct 09 2024 02:22:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 96964211 | + EDI: TSYS2 | Oct 09 2024 02:22:00 | Barclays Bank Delaware, 100 West St., Wilmington, DE 19801-5015 |
| 96964226 | ^ MEBN | Oct 08 2024 22:42:07 | C T Corporation System, as Representatve, 330 N Brand Blvd, Suite 700, Glendale, CA 91203-2336 |
| 96964229 | Email/Text: bankruptcy@deltabridgefunding.com | Oct 08 2024 22:48:00 | Cloudfund LLC, 400 Rella Blvd., Suite 165-101, Suffern, NY 10901 |
| 96964237 | + Email/Text: CSCBNC@cscglobal.com | Oct 08 2024 22:48:00 | CSC - LAWYERS INCORPORATING SERVICE, 251 LITTLE FALLS DRIVE, Wilmington, DE 19808-1674 |
| 96964238 | + Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 22:52:40 | CT Corpoation System, C/O American Express Company, 1200 South Pine Island Road, Plantation, FL 33324-4413 |
| 96964239 | + EDI: JPMORGANCHASE | Oct 09 2024 02:22:00 | CT Corporation System, C/O JP Morgan Chase & Co., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964249 | ^ MEBN | Oct 08 2024 22:42:06 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd, Suite 700, Glendale, CA 91203-2336 |
| 96964234 | + Email/Text: Bankruptcynotice@cscglobal.com | Oct 08 2024 22:48:00 | Corporation Service Company, as Representative, P.O. Box 2576, Springfield, IL 62708-2576 |
| 96964235 | + Email/Text: Bankruptcynotice@cscglobal.com | Oct 08 2024 22:48:00 | Corporation Service Company, as representative, P.O. Box 2576, Springield, IL 62708-2576 |
| 96964260 | ^ MEBN | Oct 08 2024 22:41:29 | Executive Office of U.S. Attorney, 950 Pennsylvania Avenue, NW, Room 2242, Washington, DC 20530-0009 |
| 96964265 | + EDI: FLDEPREV.COM | Oct 09 2024 02:22:00 | Florida Department of Revenue, Bankruptcy Section P.O. Box 6668, Tallahassee, FL |

| District/off: 113C-9 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: 3180RI | Total Noticed: 158 |

| | | | | |
|---|---|---|---|---|
| | | | | 32314-6668 |
| 96964264 | + | EDI: FLDEPREV.COM | Oct 09 2024 02:22:00 | Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399-0100 |
| 97287497 | | EDI: FLDEPREV.COM | Oct 09 2024 02:22:00 | Florida Department of Revenue, Bankruptcy, Post Office Box 6668, Tallahassee, Florida 32314-6668 |
| 96964267 | + | Email/Text: rgoldman@foxmccluskey.com | Oct 08 2024 22:47:00 | Fox McClusky Bush Robinson PLLC, 3461 SE Willoughby Boulevard, Stuart, FL 34994-5060 |
| 97030360 | | Email/PDF: bncnotices@becket-lee.com | Oct 08 2024 23:08:17 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 96964272 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 08 2024 22:48:00 | Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 96964273 | + | Email/Text: bankruptcy-notification@google.com | Oct 08 2024 22:48:00 | Google, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 96964275 | | Email/Text: headwaybnc@enova.com | Oct 08 2024 22:47:00 | Headway Capital LLC, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 96964227 | | EDI: JPMORGANCHASE | Oct 09 2024 02:22:00 | Chase Card Services, Attn: Bankruptcy, P.O Box 15298, Wilimngton, DE 19850 |
| 96964228 | | EDI: JPMORGANCHASE | Oct 09 2024 02:22:00 | Chase Card Services, Attn: Bankruptcy, P.O Box 15298, Wilmington, DE 19850 |
| 96964277 | | EDI: JPMORGANCHASE | Oct 09 2024 02:22:00 | JP Morgan Chase & Co., 383 Madison Avenue, New York, NY 10179 |
| 96964278 | | EDI: JPMORGANCHASE | Oct 09 2024 02:22:00 | JP Morgan Chase & Co., PO Box 15369, Wilmington, DE 19850-5369 |
| 96987952 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 08 2024 22:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 96964284 | | Email/Text: LibertySOP@cscglobal.com | Oct 08 2024 22:48:00 | Liberty Mutual Insurance, 100 Liberty Way, Dover, NH 03820 |
| 96964287 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 08 2024 22:48:00 | Marcus by Goldman Sachs, POB 45400, Salt Lake City, UT 84145-0400 |
| 96964297 | ^ | MEBN | Oct 08 2024 22:41:29 | Merrick B. Garland, Attorney General, Office of Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 97093088 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Oct 08 2024 22:49:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668 |
| 96964300 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Oct 08 2024 22:49:00 | Michigan Department of Treasury, P.O. Box 30199, Lansing, MI 48909-7699 |
| 96964304 | + | Email/Text: bnc@nordstrom.com | Oct 08 2024 22:48:26 | Nordstrom Signature Visa, Attn: Bankruptcy, P.O Box 6555, Englewood, NJ 80155-6555 |
| 96964305 | | Email/Text: bnc@nordstrom.com | Oct 08 2024 22:48:41 | Nordstrom Signature Visa, POB 6555, Englewood, CO 80155-6555 |
| 97039247 | + | Email/Text: bankruptcy@ondeck.com | Oct 08 2024 22:50:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 96964306 | + | Email/Text: bankruptcy@ondeck.com | Oct 08 2024 22:50:00 | ODK Capital, LLC, 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 96964309 | + | Email/Text: legalservices@pbctax.com | Oct 08 2024 22:49:00 | Palm Beach Country Tax Collector, Attn: Honorable Anne M. Gannon, CFC, P.O. Box 3715, West Palm Beach, FL 33402-3715 |
| 97159195 | + | Email/Text: legalservices@pbctax.com | Oct 08 2024 22:49:00 | Palm Beach County Tax Collector, Attn: Legal Services, PO Box 3715, West Palm Beach FL 33402-3715 |
| 96964310 | + | Email/Text: recovery@paypal.com | | |

| District/off: 113C-9 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: 3180RI | Total Noticed: 158 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 08 2024 22:47:00 | PayPal, Inc., 2211 North First Street, c/o Corporate Legal Department, San Jose, CA 95131-2021 |
| 96964314 | + | Email/Text: collections@rapidadvance.com | Oct 08 2024 22:49:00 | Rapid Finance, Small Business Financial Solutions, LLC, 4500 East West Highway, 6th Floor, Bethesda, MD 20814-3327 |
| 96964320 | ^ | MEBN | Oct 08 2024 22:40:36 | Renasant Bank, 209 Troy Street, Tupelo, MS 38804-4827 |
| 97040483 | ^ | MEBN | Oct 08 2024 22:39:32 | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 96977801 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2024 22:53:26 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96964331 | | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 08 2024 22:52:32 | Sofi Lending Corp, POB 654158, Dallas, TX 75265-4158 |
| 96964329 | | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 08 2024 22:52:57 | Sofi Lending Corp, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 96964330 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 08 2024 22:53:18 | Sofi Lending Corp, 234 First Street, San Francisco, CA 94105-2624 |
| 96964333 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Oct 08 2024 22:48:00 | U S Bank, c/o Elan Financial Services, 1255 Corporate Drive, Irving, TX 75038 |
| 96964334 | | EDI: USBANKARS.COM | Oct 09 2024 02:22:00 | U S Bankcorp, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 97036095 | | EDI: USBANKARS.COM | Oct 09 2024 02:22:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 96964335 | + | Email/Text: bankruptcynotices@sba.gov | Oct 08 2024 22:47:00 | U.S. Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0002 |
| 96964256 | | EDI: USBANKARS.COM | Oct 09 2024 02:22:00 | Elan Financial Service, 9321 Olive Blvd, Saint Louis, MO 63132 |
| 96964257 | | EDI: USBANKARS.COM | Oct 09 2024 02:22:00 | Elan Financial Service, P.O. Box 790084, Saint Louis, MO 63179 |
| 96964259 | | EDI: USBANKARS.COM | Oct 09 2024 02:22:00 | Elan Financial Services, P.O. Box 790084, Saint Louis, MO 63179 |
| 96964340 | + | Email/Text: bankruptcynotices@sba.gov | Oct 08 2024 22:47:00 | US Small Business Administration, Office of General Counsel, 409 3rd St., SW, Washington, DC 20416-0011 |
| 96964339 | + | Email/Text: bankruptcynotices@sba.gov | Oct 08 2024 22:47:00 | US Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0005 |
| 96964326 | + | Email/Text: bankruptcynotices@sba.gov | Oct 08 2024 22:49:00 | US Small Business Administration, 51 SW 1st Avenue, # 201, Miami, FL 33130-1608 |
| 96964343 | + | Email/Text: mail@globalfundingexperts.com | Oct 08 2024 22:49:00 | White Road Capital, LLC, d/b/a GFE Holdings, 27-01 Queens Plaza North, Suite 802, Long Island City, NY 11101-4020 |

TOTAL: 68

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 96964206 | *+ | American Express, PO Box 981540, El Paso, TX 79998-1540 |
| 97006133 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | |
|---|---|---|
| 96964247 | *+ | CT Corporation System, C/O Renasant Bank, Inc., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964242 | *+ | CT Corporation System, C/O JP Morgan Chase & Co., 1200 South Pine Island Road, Plantation, FL 33324-4459 |
| 96964266 | *+ | Florida Department of Revenue, Bankruptcy Section, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 97040739 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96964276 | *+ | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 96964280 | *+ | JP Morgan Chase & Co., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 96964281 | * | JP Morgan Chase & Co., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 96987956 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 96964294 | *+ | MerchPond Manufacturing, 1782 O'Rourke Boulevard, POB 1338, Gaylord, MI 49734-5338 |
| 96964313 | *+ | Rachelle Hough, C/O MerchPond Manufacturing, 1782 O'Rourke Boulevard, Gaylord, MI 49735-8009 |
| 97005077 | *+ | Reliable Healthcare Logistics, LLC, 4105 S Mendenhall Rd, Memphis, TN 38115-5927 |
| 96964322 | * | Renasant Bank, 2445 Townpark Drive, Ravine One, Kennesaw, GA 30144 |
| 96964283 | ##+ | Krista Tipton, 3542 Golden Meadows Court, Dayton, OH 45404-1437 |

TOTAL: 0 Undeliverable, 16 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 10, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Debtor Ben L Cook acrane@furrcohen.com yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com |
| Anthony F. Giuliano | on behalf of Interested Party Kalabaka Capital afg@glpcny.com |
| Chad P Pugatch, Esq. | on behalf of Creditor Mountain Construction Enterprises  Inc ecf.pugatch@loriumlaw.com |
| George L. Zinkler | on behalf of Creditor Mountain Construction Enterprises  Inc gzinkler.ecf@rprslaw.com |
| Geremy W Gregory | on behalf of Creditor Renasant Bank ggregory@balch.com  edegennaro@balch.com |
| Hampton Peterson, Esq | on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com |
| Heidi A Feinman | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Moe Freedman | on behalf of Creditor Michigan Department of Treasury freedmanm1@michigan.gov |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Soneet Kapila | trustee@kapilaco.com  ecf.alert+Kapila@titlexi.com |
| Soneet Kapila | |

District/off: 113C-9    User: admin    Page 7 of 7
Date Rcvd: Oct 08, 2024    Form ID: 3180RI    Total Noticed: 158

on behalf of Trustee Soneet Kapila trustee@kapilaco.com ecf.alert+Kapila@titlexi.com

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ben L Cook**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4819<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Southern District of Florida | |
| Case number: | 23-14125-EPK | |

# Order of Discharge and Final Decree    12/15

A Final Report and Motion for Entry of Final Decree has been filed on behalf of the debtor reflecting that all payments under the plan have been completed and that the debtor has filed a "Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge" and the court has determined that the debtor is eligible for a discharge.

**IT IS ORDERED:**

1. A discharge under 11 U.S.C. §1141(d)(5) is granted to:

   Ben L Cook
   aka Ben Cook, aka Ben Lowell Cook

2. The debtor is discharged from any debt that arose before the date of confirmation of the Plan, and any debt of a kind specified in 11 U.S.C. §502(g), (h) or (i) except as provided in the Plan or in this Order; The discharge does not discharge a debtor from any debt excepted from discharge under 11 U.S.C. §523. This chapter 11 case is closed.

October 8, 2024

**By the court:** _/s/ Erik P. Kimball_

**Erik P. Kimball**
Chief United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

Form 3180RI (03/03/21)    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**